1
2
3
4                          UNITED STATES DISTRICT COURT
5                          EASTERN DISTRICT OF CALIFORNIA
6
7    Vanessa Guadalupe Madrigal Chavez,          CASE NO.: 1:25-cv-00890-GSA
8                    Plaintiff,
                                                 **ORDER GRANTING APPLICATION
9          v.                                    TO PROCEED IN FORMA PAUPERIS
                                                 AND DIRECTING CLERK TO ISSUE
10   Commissioner of Social Security,            NEW CASE DOCUMENTS**
11
                    Defendant.
12
                                                 (Doc. 2)
13

14        Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Doc. 2.  Plaintiff's
15   declarations in the motion satisfy the requirements under § 1915 to proceed *in forma pauperis*.
16        Accordingly, it is **ORDERED** that:
17        1.     Plaintiff's application to proceed in forma pauperis (Doc. 2) is **GRANTED**.
18        2.     The Clerk of Court is **DIRECTED** to issue new case documents including: 1)
19               summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of
20               consent/decline to proceed before a magistrate judge; 4) scheduling order.
21
22   IT IS SO ORDERED.
23        Dated:  __September 6, 2025__        __/s/ Gary S. Austin_____
24                                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28